argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY J. GIRONDO, Appellant.— Motion granted and time to perfect and argue appeal extended to the January, 1930, term. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY SAJONA and SAMUEL SPACHNER, Appellants.— Motion to enlarge time to perfect and argue appeal denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN SAROFF, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

MARGARET E. RANKEN, as Executrix, etc., of HENRY B. RANKEN, Deceased, and DORWIN & COMPANY, INC., Respondents, v. MARX E. HARBY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

R. I. REALTY CO., INC., Respondent, v. JOHN R. TERRELL, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ. Settle order on notice.

CHARLES VARDAKIS, Plaintiff, v. DORA HELLER and NATHAN HELLER, Respondents. WILLIAM G. ALT and ERNEST F. PINNEY, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

BENJAMIN BRICKMAN, an Infant, by SOLOMON BRICKMAN, His Guardian ad Litem, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Order setting aside the verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

CITIZENS FINANCE CORPORATION, Appellant, v. ANDREW W. AHERN, Respondent. — Appeal dismissed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Sceger and Scudder, JJ., concur.

ANNA COLWELL, Respondent, v. HERBERT FARRIS, Appellant.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Young, J., dissents, being of opinion that no negligence was shown.

MARGARET A. DEXTER, as Executrix, etc., of THOMAS C. DEXTER, Deceased, Respondent, v. HARRY KRAHAM and Others, Copartners, Doing Business under the Firm Name and Style of H. KRAHAM & SONS, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

MARY DIACZYNSKY, Respondent, v. ALBERT H. OWENS, Appellant.— Order dismissing action for lack of prosecution " unless the plaintiff restores and tries " the action during the November term affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

FILER REALTY CORPORATION, Appellant, v. RACHEL E. LITTLE, Respondent.—